IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 4:03cr69-SPM

MARCUS NEAL MANNING,

     Defendant.
_____/

## NOTICE OF INTENT TO REDUCE SENTENCE

Review of the record in this case reveals that the defendant, Marcus Neal Manning, may be entitled to a sentence reduction based on a guideline amendment that lowers the guideline sentencing range for certain categories of offenses involving crack cocaine. U.S.S.G. Amend. 750. Amendment 750 was made retroactive, effective November 1, 2011.

Manning was sentenced in 2004 to a term of 151 months. Manning was subject to a 10-year minimum mandatory sentence and his guideline range was 151 to 188 months, based on a total offense level of 34.

Manning's sentence was reduced to 121 months on March 21, 2008 pursuant to Amendment 706, which reduced his total offense level to 32 and his guideline range to 121 to 151 months.

Under the recent retroactive amendment, Manning's guideline range is

120[1] to 121 months, based on a total offense level of 30.

As authorized under 18 U.S.C. § 3582(c)(2), the court intends to enter an order reducing Manning's sentence to 120 months. Should there be objections to this proposed action by the court, those objections must be filed by November 30, 2011. Copies of any such objections shall be served on all other interested parties, i.e., the defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons, as appropriate.

The clerk shall send a copy of this notice to the defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons.

SO ORDERED this 8th day of November, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

---

[1] Due to the statutory mandatory minimum limitations, the guideline range cannot be less than 10 years.

CASE NO.: 4:03cr69-SPM